UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GINA A. DEMARCO, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 10-11711-JLT |
| | * |
| MICHAEL J. ASTRUE, | * |
| | * |
| Defendant. | * |

ORDER

August 1, 2012

TAURO, J.

After considering Magistrate Judge Sorokin's Report and Recommendation on Cross-Motions for Judgment [#19] and Defendant's Objection to the Magistrate's Report and Recommendation [#21], this court hereby ACCEPTS and ADOPTS the Report and Recommendation on Cross-Motions for Judgment [#19] for the reasons set forth therein. Accordingly, Defendant's Motion for Order Affirming the Commissioner [#14] is DENIED, and this matter is REMANDED to the Social Security Administration for further proceedings consistent with Magistrate Judge Sorokin's recommendation. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge